# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-2540
LT Case No. 16-2010-CF-011157-A

_____

RICHARD HANNANS,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

_____

3.800 appeal from the Circuit Court for Duval County.
Mark Borello, Judge.

Richard Hannans, Panama City, pro se.

No Appearance for Appellee.

October 7, 2025

PER CURIAM.

   AFFIRMED.

LAMBERT, EDWARDS, and EISNAUGLE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____